Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 09-33124 RAM | **Trustee:** (290860) | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
| **Case Name:** GLOBAL BULLION TRADING GROUP, INC. | **Filed (f) or Converted (c):** | 11/13/09 (c) |
| | **§341(a) Meeting Date:** | 12/23/09 |
| **Period Ending:** 03/31/12 | **Claims Bar Date:** | 03/23/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REGIONS BANK ACCOUNT | 39.00 | 0.00 | DA | 0.00 | FA |
| 2 | KAPILA VS. CELLINI JEWELERS, 11-02439 (u) | 25,000.00 | 25,000.00 | | 25,000.00 | FA |
| 3 | KAPILA VS. DI SANTI WATSON CAPUA & WILSON, P.A (u) | 2,750.00 | 2,750.00 | | 2,750.00 | FA |
| 4 | KAPILA VS. PORSCHE FINANCIAL SERVICES (u) | 11,455.89 | 11,455.89 | | 11,455.89 | FA |
| 5 | KAPILA V. BILL USSERY MOTORS (u) | 63,000.00 | 63,000.00 | | 63,000.00 | FA |
| 6 | KAPILA V. WESTMINISTER CHRISTIAN PRIVATE SCHOOL (u) | 14,000.00 | 14,000.00 | | 14,000.00 | FA |
| 7 | KAPILA V. SOVERIGN BANK (u) | 7,000.00 | 7,000.00 | | 7,000.00 | FA |
| 8 | REFUND FROM YAHOO ACCOUNT (u) | 283.03 | 0.00 | | 283.03 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.53 | Unknown |
| 9 | Assets    Totals (Excluding unknown values) | **$123,527.92** | **$123,205.89** | | **$123,489.45** | **$0.00** |

**Major Activities Affecting Case Closing:**

CLAIMS BAR DATE: 3/23/2010
CLAIMS REVIEW: PENDING
TAX RETURN STATUS: 2009 - 2011 RETURN FILED

THE TRUSTEE HAS HIRED GENOVESE, JOBLOVE AND BATTISTA TO REPRESENT THE ESTATE. NUMEROUS ADVERSARIES HAVE BEEN FILED TO RECOVER PREFERENTIAL AND FRAUDULENT TRANSFERS.

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-33124 RAM
**Case Name:** GLOBAL BULLION TRADING GROUP, INC.

**Trustee:** (290860) SONEET R. KAPILA, CHAPTER 7 TRUSTEE
**Filed (f) or Converted (c):** 11/13/09 (c)
**§341(a) Meeting Date:** 12/23/09

**Period Ending:** 03/31/12

**Claims Bar Date:** 03/23/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

CASE IS JOINTLY ADMINISTERED WITH GLOBAL BULLION TRADING GROUP, INC, CASE NUMBER 09-33124 AND WJS FUNDING, INC, CASE NUMBER 09-33128

**Initial Projected Date Of Final Report (TFR):** June 30, 2013        **Current Projected Date Of Final Report (TFR):** June 30, 2013

Printed: 04/30/2012 09:35 AM    V.12.57

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-33124 RAM  
**Case Name:** GLOBAL BULLION TRADING GROUP, INC.

**Trustee:** SONEET R. KAPILA, CHAPTER 7 TRUSTEE (290860)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******43-65 - Checking Account  
**Blanket Bond:** $10,000,000.00   (per case limit)  
**Separate Bond:** N/A

**Taxpayer ID #:** **-***7593  
**Period Ending:** 03/31/12

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/11 | {8} | YAHOO! | REFUND | 1229-000 | 283.03 | | 283.03 |
| 12/13/11 | {6} | WESTMINSTER CHRISTIAN PRIVATE SCHOOL, INC. | PAYMENT PER ORDER DATED 1/6/12 | 1241-000 ! | 14,000.00 | | 14,283.03 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 14,283.09 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 14,258.09 |
| 01/12/12 | {5} | MERCEDES-BENZ OF CORAL GABLES | PAYMENT PER ORDER DATED 12/23/11 | 1241-000 | 63,000.00 | | 77,258.09 |
| 01/17/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 77,258.22 |
| 01/19/12 | {7} | SOVEREIGN BANK | PAYMENT PER ORDER DATED 2/10/12 | 1241-000 | 7,000.00 | | 84,258.22 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 84,258.56 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 114.36 | 84,144.20 |
| 02/03/12 | {2} | CELLINI | PAYMENT PER ORDER DATED 1/10/12 | 1241-000 | 12,500.00 | | 96,644.20 |
| 02/06/12 | {3} | LAWYERS MUTUAL LIABILITY INSURANCE | PAYMENT PER ORDER DATED 2/2/12 | 1241-000 | 2,750.00 | | 99,394.20 |
| 02/17/12 | {4} | PORSCHE FINANCIAL SERVICES | PAYMENT PER ORDER DATED 2/2/12, DE #274 | 1241-000 | 11,455.89 | | 110,850.09 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 196.70 | 110,653.39 |
| 03/01/12 | {2} | CELLINI | PAYMENT PER ORDER DATED 1/10/12 | 1241-000 | 12,500.00 | | 123,153.39 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 250.65 | 122,902.74 |

Subtotals :     $123,489.45     $586.71

{} Asset reference(s)        !-Not printed or not transmitted

Printed: 04/30/2012 09:35 AM     V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 09-33124 RAM | **Trustee:** | SONEET R. KAPILA, CHAPTER 7 TRUSTEE (290860) |
| --- | --- | --- | --- |
| **Case Name:** | GLOBAL BULLION TRADING GROUP, INC. | **Bank Name:** | The Bank of New York Mellon |
| | | **Account:** | 9200-******43-65 - Checking Account |
| **Taxpayer ID #:** | **-***7593 | **Blanket Bond:** | $10,000,000.00   (per case limit) |
| **Period Ending:** | 03/31/12 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **ACCOUNT TOTALS** | | 123,489.45 | 586.71 | $122,902.74 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 123,489.45 | 586.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$123,489.45** | **$586.71** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # 9200-******43-65 | 123,489.45 | 586.71 | 122,902.74 |
| | $123,489.45 | $586.71 | $122,902.74 |

{} Asset reference(s)    !-Not printed or not transmitted

Printed: 04/30/2012 09:35 AM    V.12.57